COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NOS. 2-08-066-CV

2-08-067-CV

2-08-068-CV

2-08-069-CV

IN RE ELIGAH DARNELL, JR. RELATOR

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

The court has considered relator’s petitions for writ of mandamus and is of the opinion that relief should be denied.  Accordingly, relator’s petitions for writ of mandamus are denied.

PER CURIAM

PANEL A:  DAUPHINOT, J.; CAYCE, C.J.; and MCCOY, J.

DELIVERED:  February 28, 2008

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.